IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRANDON V. SANDERS,

       Plaintiff,              No. 2:12-cv-1847 EFB P

     vs.

MULE CREEK STATE PRISON
CLASSIFICATION COMMITTEE,

       Defendant.          <u>ORDER</u>

                            /

      Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations

pursuant to 42 U.S.C. § 1983.  To proceed with a civil action a plaintiff must pay the $350 filing

fee required by 28 U.S.C. § 1914(a) or request leave to proceed *in forma pauperis* and submit a

properly completed affidavit and trust account statement required by 28 U.S.C. § 1915(a).

Plaintiff has submitted an application for leave to proceed in forma pauperis, but has failed to

fully complete the application by responding to all of the questions asked on the form

application.

////

////

////

////

1

1        Accordingly, plaintiff has 30 days from the date of service of this order to submit either

2  the filing fee or a properly completed application required by § 1915(a).  The Clerk of the Court

3  is directed to mail to plaintiff a form application for leave to proceed in forma pauperis.  Failure

4  to comply with this order will result in a recommendation that this action be dismissed.

5        So ordered.

6  DATED:  July 17, 2012.

7                        EDMUND F. BRENNAN
                            UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26