'

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRANDON V. SANDERS,

          Plaintiff,                No. 2:12-cv-1847 JAM EFB P

    vs.

MULE CREEK STATE PRISON
CLASSIFICATION COMMITTEE, et al.,

         Defendants.        <u>ORDER</u>

_____/

      Plaintiff is a state prisoner proceeding without counsel and in forma pauperis in an action

brought under 42 U.S.C. § 1983.  This proceeding was referred to this court by Local Rule 302

pursuant to 28 U.S.C. § 636(b)(1).

      Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff must pay the $350 filing fee required by 28

U.S.C. § 1914(a).  Plaintiff is assessed an initial partial filing fee of 20 percent of the greater of

(a) the average monthly deposits to plaintiff's trust account; or (b) the average monthly balance

in plaintiff's account for the six-month period immediately preceding the filing of the complaint.

28 U.S.C. § 1915(b)(1).  Thereafter, plaintiff must make monthly payments of 20 percent of the

preceding month's income credited to his trust account.  28 U.S.C. § 1915(b)(2).

////

1

1    The agency having custody of plaintiff is required to forward to the Clerk of the Court

2 the initial partial filing fee, if funds exist, as well as payments from plaintiff's account each time

3 the amount in the account exceeds $10, until the filing fee is paid.  *Id.*

4    The Clerk of the Court shall serve a copy of this order and a copy of plaintiff's in forma

5 pauperis application upon the Director of the California Department of Corrections and

6 Rehabilitation and deliver a copy of this order to the Clerk's financial division.

7    So ordered.

8 Dated:  November 8, 2012.

9                                    EDMUND F. BRENNAN
                                     UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26